Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

IN RE:   Milton Clemmons and Edna Clemmons              **Case No:** 11-43491/ABA
                                                        **Chapter 13**

### CERTIFICATION OF MOSHE ROTHENBERG, ESQ. IN OPPOSITION TO CASE CLOSING WITHOUT DISCHARGE

I, Moshe Rothenberg, Esq., am the attorney for the above-referenced debtors and possess sufficient knowledge to make the following certification. I certify that all statements made by me are true and correct and I am aware that if any statements are willfully false I am subject to punishment for false swearing.

1. I am the attorney representing the debtors, Milton and Edna Clemmons, and make this Certification in Opposition to the Notice of Deficiency for Debtors Certification of Completion of Instructional Course Concerning Financial Management - Official Form B23 for Debtor and the Certification in Support of Discharge for Debtor which was entered on February 10, 2017 under document number 45.

2. Debtors had filed this case on November 20, 2011 and successfully completed the plan payments over a 5 year period.

3. However, debtor husband, Milton Clemmons, passed away on January 27, 2013.

4. We ask that debtor, Milton Clemmons, be granted an exemption from completing the Certification of Completion of Instructional Course Concerning Financial

Management - Official Form B23 and the Certification in Support of Discharge and allow both debtors to receive a discharge in this case.

I, Moshe Rothenberg, Esq., certify all statements made by me are true and correct and I am fully aware that if any statement is willfully false I am subject to punishment for false swearing.

**Dated: March 13, 2017**                          **/s/ Moshe Rothenberg, Esq.**
                                                    **Moshe Rothenberg, Esq.**
                                                    **Counsel for Debtors**