UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

Order Filed on April 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Milton Clemmons and Edna Clemmons

Case No.: 11-43491

Chapter: 13

Judge: Andrew B. Altenburg

# ORDER REGARDING REQUEST FOR EXEMPTION FROM:

☐  CREDIT COUNSELING REQUIRED UNDER 11 U.S.C. § 109(h)(1)

☒  PARTICIPATION IN FINANCIAL MANAGEMENT COURSE REQUIRED UNDER 11 U.S.C. § 727(a)(11) or 1328(g)(1)

☒  REQUIREMENT TO FILE CERTIFICATION IN SUPPORT OF DISCHARGE REQUIRED UNDER U.S.C. § 1328(a)

The relief set forth on the following pages, numbered two (2) and three (3) is **ORDERED**.

**DATED: April 11, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having been presented by the debtor pursuant to 11 U.S.C. § 109(h)(4), and for good cause shown, it is

ORDERED that:

__X__ The debtor's request is GRANTED; the debtor is hereby exempt from:

☐ obtaining budget and credit counseling required under 11 U.S.C. § 109(h)(1) and filing a Certificate of Credit Counseling,

☒ participating in a Financial Management Course as required under 11 U.S.C. § 727(a)(11), or 1328(g)1(1) and filing a Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),

☒ filing a Certification in Support of Discharge concerning Domestic Support Obligation as required by 11 U.S.C. § 1328(a).

_____ The debtor's request for an exemption is DENIED, and

☐ the debtor must obtain budget and credit counseling from a United States Trustee approved credit counseling agency and file a *Certificate of Credit Counseling* on or before fourteen (14) days from the date the debtor's petition was filed or the case will be dismissed without further notice,

☐ the debtor must participate in a Financial Management Course conducted by a United States Trustee approved agency, and file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management (Official Form B23),*

☐ the debtor must file a *Certification in Support of Discharge* concerning domestic support obligations as required under 11 U.S.C. § 1328(a).

The documents highlighted above must be filed

☐ on or before the last day to object to discharge has expired,

or

☐ on or before the last payment is made to the Standing Trustee on the Debtor's plan.

Failure to do so will result in the debtor's case being closed without the debtor having received a discharge.

2

_____ A hearing on this matter has been scheduled at the following date and time.

          Hearing Date/Time:    _____

          Hearing Location:     _____

                                 _____

                                 _____

          Courtroom:          _____

*rev.5/23/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Milton Clemmons  
Edna Clemmons  
    Debtors

Case No. 11-43491-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 11, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2017.  
db/jdb      +Milton Clemmons,   Edna Clemmons,   106 West Oxford Street,   Vineland, NJ 08360-2723

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:

      Brian C. Nicholas    on behalf of Creditor    MidFirst Bank bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Moshe Rothenberg    on behalf of Joint Debtor Edna  Clemmons mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com  
      Moshe Rothenberg    on behalf of Debtor Milton  Clemmons mosherothenbergbkesq@gmail.com, alyson@mosherothenberg.com

                                                                                                         TOTAL: 8